IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| DOUGLAS MORAN, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> AGENT WALL SYSTEMS, INC., *et al.*, <br><br> Defendants. | Case No. 3:20-cv-00823-HEH |

**NOTICE OF SETTLEMENT**

Plaintiffs, with the consent of all Defendants, file this Notice of Settlement to formally advise the Court that the Parties have agreed to a settlement of this Fair Labor Standards Act collective action and that, absent an instruction from the Court setting another deadline, they anticipate presenting the settlement to the Court for its approval by no later than October 1, 2021.

Although the Parties have agreed to the terms of the settlement, this is a complex matter, with more than sixty persons being eligible to participate in the settlement. Currently, there are circumstances that, in the Parties' view, make it appropriate for there to be a modest delay until October 1, 2021 before presenting the settlement agreement to the Court. For example, the Parties are still working to resolve tax issues relating to the agreement. Additionally, Plaintiffs' counsel is in the process of attempting to contact a few individuals who had previously indicated that they wanted to participate in this collective action, and who are eligible to participate in the settlement, but who appear to have changed their contact information without informing counsel.

Dated:  August 30, 2021

Respectfully submitted,

By     /s/Matthew B. Kaplan
Matthew B. Kaplan
VSB No. 51027
THE KAPLAN LAW FIRM
1100 N Glebe Rd
Suite 1010
Arlington, VA 22201
Telephone: (703) 665-9529
Email:  mbkaplan@thekaplanlawfirm.com

Rachel Nadas, VSB No. 89440
HANDLEY FARAH & ANDERSON PLLC
200 Massachusetts Avenue, NW
7th Floor
Washington, DC 20001
Telephone:     202-559-2411
email:  rnadas@hfajustice.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that, on the date indicated below, the foregoing document (and any attachments or accompanying documents) was served via the Court's CM/ECF System on counsel for all parties who have appeared in this matter.

  /s/ Matthew B. Kaplan
Matthew B. Kaplan

Dated: August 30, 2021